# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:16-cv-00514 |
| v. | ) |
| | ) District Judge: |
| STONE MOUNTAIN ACCESS SYSTEMS, INC., | ) Honorable Virginia M. Kendall |
| and CAMERON HANSEN, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COMES Plaintiff, Arch Insurance Company, by its attorneys, Matthew J. Devereux and James R. Murray of Tressler LLP, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, moves this Honorable Court for Judgment on Plaintiff's Complaint for Declaratory Judgment for the reasons set forth in its Memorandum in Support filed contemporaneously herewith.

WHEREFORE, Arch Insurance Company respectively requests this Honorable Court grant its Motion for Judgment on the Pleadings entering judgment in its favor finding that Arch Insurance Company does not owe defense or indemnity to Stone Mountain Access Systems, Inc., for its alleged liability in the suit entitled <u>Cameron Hansen v. Stone Mountain Access Systems, Inc., et al.</u>, Court No. 2012 L 002305, pending in the Circuit Court of Cook County, Illinois, County Department, Law Division, and for such other relief as this Court deems just and proper, including an award of costs.

Respectfully submitted,

ARCH INSURANCE COMPANY


/s/Matthew J. Devereux
Matthew J. Devereux (IL ARDC #6236960)
- mdevereux@tresslerllp.com
James R. Murray (IL ARDC #6193508)
- jmurray@tresslerllp.com
Tressler LLP
233 South Wacker Drive, 22ND Floor
Chicago, Illinois  60606-6308
(312) 627-4000
Fax (312) 627-1717


**Certificate of Service**

I hereby certify that on April 13, 2016, I electronically filed the aforesaid document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Matthew J. Devereux
Matthew J. Devereux (IL ARDC #6236960)
Tressler LLP
233 South Wacker Drive, 22ND Floor
Chicago, Illinois  60606-6308
(312) 627-4000
Fax (312) 627-1717